COMMONWEALTH of Pennsylvania,
Respondent

v.

Hassan GRAVES, Petitioner

No. 188 EAL 2017

Supreme Court of Pennsylvania.

August 29, 2017

PER CURIAM

### ORDER

**AND NOW,** this 29th day of August, 2017, the Petition for Allowance of Appeal is **DENIED.**